United States Bankruptcy Court
Central District of California

In re:                                                          Case No. 17-24306-NB
May Hai Cooper                                                  Chapter 13
                Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2        User: ssumlinC        Page 1 of 2        Date Rcvd: Feb 15, 2018
                           Form ID: van150        Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2018.
```
db            +May Hai Cooper,   250 N First St Unit 303,   Burbank, CA 91502-1870
smg            Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA  90053-0200
cr            +Del Toro Loan Servicing, Inc.,   c/o Geraci Law Firm,   90 Discovery,   Irvine, CA 92618-3105
cr            +MADISON REVOLVING TRUST 2017,   ALDRIDGE PITE, LLP,   4375 Jutland Drive, Suite 200,
               P.O. Box 17933,   San Diego, CA 92177-7921
cr            +WELLS FARGO BANK, N.A.,   Aldridge Pite LLP,   4375 Jutland Drive, Suite 200,   PO Box 17933,
               San Diego, CA 92177-7921
38192597      +CarMax Business Services, LLC,   225 Chastain Meadows Court,,   Suite 210,
               Kennesaw, GA 30144-5942
38188585      +CarMax Loan,   12800 Tuckahoe Creek Parkway,   Richmond, VA 23238-1124
38188582      +Del Toro Loan Servicing,   2300 Boswell Rd Suite #215,   Chula Vista, CA 91914-3523
38291602      +MADISON REVOLVING TRUST 2017,   Nationstar Mortgage LLC d/b/a Mr. Cooper,   PO Box 619096,
               Dallas TX 75261-9096
38188584      +Nation Star ( Mr. Cooper),   PO Box 619098,   Dallas, TX 75261-9098
38228719      +Southern California Edison,   1551 W San Bernardino Rd,   Covina CA 91722-3407
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            EDI: EDD.COM Feb 16 2018 02:03:00   Employment Development Dept.,   Bankruptcy Group MIC 92E,
               P.O. Box 826880,   Sacramento, CA  94280-0001
smg            EDI: CALTAX.COM Feb 16 2018 02:04:00   Franchise Tax Board,   Bankruptcy Section MS: A-340,
               P.O. Box 2952,   Sacramento, CA  95812-2952
38221496       EDI: CALTAX.COM Feb 16 2018 02:04:00   FRANCHISE TAX BOARD,   BANKRUPTCY SECTION MS A340,
               PO BOX 2952,   SACRAMENTO CA 95812-2952
38230246      +EDI: DRIV.COM Feb 16 2018 02:05:00   Santander Consumer USA, Inc.,   P.O. Box 560284,
               Dallas, TX 75356-0284
38283062       EDI: AIS.COM Feb 16 2018 02:03:00   Verizon,   by American InfoSource LP as agent,
               PO Box 248838,   Oklahoma City, OK  73124-8838
38252944       EDI: WFFC.COM Feb 16 2018 02:04:00   Wells Fargo Bank, N.A.,   Default Document Processing,
               N9286-01Y,   1000 Blue Gentian Road,   Eagan, MN 55121-7700
38188583      +EDI: WFFC.COM Feb 16 2018 02:04:00   Wells Fargo Home Mortgage,   PO Box 10335,
               Des Moines, IA 50306-0335
                                                                              TOTAL: 7
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         Courtesy NEF
                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2018 at the address(es) listed below:
```
          Amy E Martinez   on behalf of Creditor   Del Toro Loan Servicing, Inc.
           amy.martinez@geracilawfirm.com, debbie.johnson@geracilawfirm.com
          Bryan S Fairman   on behalf of Interested Party   Courtesy NEF ecfcacb@aldridgepite.com,
           BSF@ecf.inforuptcy.com;bfairman@aldridgepite.com
          Edward A Treder   on behalf of Interested Party   Courtesy NEF cdcaecf@bdfgroup.com
          Joseph C Delmotte   on behalf of Creditor   WELLS FARGO BANK, N.A. ecfcacb@aldridgepite.com,
           JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
          Kathy A Dockery (TR)   efiling@CH13LA.com
          Kelsey X Luu   on behalf of Interested Party   Courtesy NEF ecfcacb@aldridgepite.com,
           kluu@ecf.inforuptcy.com
          Kelsey X Luu   on behalf of Creditor   MADISON REVOLVING TRUST 2017 ecfcacb@aldridgepite.com,
           kluu@ecf.inforuptcy.com
          United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
```

District/off: 0973-2          User: ssumlinC          Page 2 of 2          Date Rcvd: Feb 15, 2018
                             Form ID: van150          Total Noticed: 18

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                                                                                    TOTAL: 8

# United States Bankruptcy Court
# Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
May Hai Cooper

**BANKRUPTCY NO.**  2:17–bk–24306–NB

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–7898
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 2/15/18

**Address:**
250 N First St Unit 303
Burbank, CA 91502

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retain jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

BY THE COURT,

Dated: February 15, 2018

**Kathleen J. Campbell**
Clerk of Court

Form van150–od13a Rev. 06/2017

**25 / SES**